[No. 16570–4–I. Division One. August 5, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. ARTHUR LEO HARRIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–00095–8, Richard M. Ishikawa, J., entered June 3, 1985. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Williams, J., and Schumacher, J. Pro Tem.

[No. 17261–1–I. Division One. August 5, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES EVINO HARRIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–00093–1, Terrence A. Carroll, J., entered October 28, 1985. *Affirmed* by unpublished opinion per Williams, J., concurred in by Scholfield, C.J., and Grosse, J.

[No. 17544–1–I. Division One. August 5, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES RYSEFF PRIMEAU, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–02242–1, Anne L. Ellington, J., entered November 27, 1985. *Affirmed* and *remanded* by unpublished opinion per Scholfield, C.J., concurred in by Williams and Grosse, JJ.